IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**EARL R. MAYFIELD,**

    **Petitioner,**

vs.                                                                                                               No. 17-CV-891 MV/SMV

**GREG MORRIS, TOM RUIZ, and
STATE OF NEW MEXICO,**

    **Respondents.**

## **ORDER**

**THIS MATTER** comes before the Court on *Respondents' Unopposed Motion for an Extension of Time to Answer Earl R. Mayfield's Supplemental Brief in Support of Petition Pursuant to 28 U.S.C. § 2254 [Doc. 21]*, [Doc. 23], filed July 18, 2019.

Having reviewed the motion, the relevant pleadings, and being otherwise fully informed in the premises, the Court determines that the motion is well-taken.

**IT IS, THEREFORE, ORDERED** that *Respondents' Unopposed Motion for an Extension of Time to Answer Earl R. Mayfield's Supplemental Brief in Support of Petition Pursuant to 28 U.S.C. § 2254 [Doc. 21]*, [Doc. 24], is **GRANTED;**

**IT IS FURTHER ORDERED** that Respondents shall have until September 5, 2019, to file their answer.

                                                          _____
                                                          UNITED STATES MAGISTRATE JUDGE

Submitted 7/18/19 by:
Jane A. Bernstein

Agreement of Scott Davidson
provided by email of 7/18/19