UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

EARL MAYFIELD,
    Petitioner,

v.                             Civil Case No. 1:17-cv-00891-MV-SMV

GREG MORRIS, TOM RUIZ, and
STATE OF NEW MEXICO,
    Respondents.

**ORDER EXTENDING
TIME TO FILE OBJECTIONS**

THE COURT, having reviewed the unopposed motion by Petitioner Earl Mayfield, by and through counsel of record, Scott M. Davidson, Esq., to extend the time within which to file objections to the Magistrate Judge's Proposed Findings and Recommended Disposition from March 13, 2020 to March 27, 2020, and having been apprised of the premises, finds that the motion is well taken and will be granted.

The Petitioner's Objections shall be due on or before March 27, 2020.

IT IS SO ORDERED.

                                              Honorable Stephan M. Vidmar
                                              Federal Magistrate Judge
                                              United States District Court
                                              District of New Mexico

Submitted by:

/s/ Scott M. Davidson
SCOTT M. DAVIDSON
THE LAW OFFICE OF SCOTT M. DAVIDSON, PH.D., ESQ.
*1011 Lomas Boulevard NW*
*Albuquerque, NM 87102*
*505.255.9084 (ph)*
*505.213.7212 (fax)*
*scott@justappeals.net*
Counsel for Petitioner

Electronically approved on March 9, 2020
Jane Bernstein, Esq.
Assistant Attorney General
Counsel for Respondent