# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**EARL R. MAYFIELD,**

    Petitioner,

v.                                        No. 17-cv-0891 MV/SMV

**GREG MORRIS, TOM RUIZ,
and STATE OF NEW MEXICO,**

    Respondents.

## ORDER ADOPTING MAGISTRATE JUDGE'S
## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

THIS MATTER is before the Court on the Magistrate Judge's Proposed Findings and Recommended Disposition ("PF&RD"), filed February 28, 2020. [Doc. 32]. On reference by the undersigned, the Honorable Stephan M. Vidmar, United States Magistrate Judge, recommended denying Petitioner's Fourth Amended Petition Pursuant to 28 U.S.C. § 2254 [Doc. 21], which was filed by his attorney. At the request of Petitioner, Judge Vidmar granted extra time, until April 10, 2020, to object to the PF&RD. [Doc. 36]. Nevertheless, no party objected.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the Magistrate Judge's Proposed Findings and Recommended Disposition [Doc. 21] are **ADOPTED**.

**IT IS FURTHER ORDERED** that Petitioner's Fourth Amended Petition Pursuant to 28 U.S.C. § 2254 [Doc. 21] is **DENIED**, and this action is **DISMISSED with prejudice**.

**IT IS SO ORDERED**.

                                                             **MARTHA VÁZQUEZ**
                                                             **United States District Judge**